## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 436 EAL 2014
                                           :
                 Respondent          :
                                             : Petition for Allowance of Appeal from the
                                             : Order of the Superior Court
                   v.                        :
                                             :
                                             :
LUIS GARCIA,                             :
                                             :
                 Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.